**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6313**

———————————

SIDNEY N. HOFFMAN,

Plaintiff - Appellant,

versus

BRIAN WEIR, Officer, Gaston County Sheriff
Detention Office; R. COBB, Sergeant, Gaston
County Jail; RHONDA NEESE, R.N., Gaston County
Jail-Medical; L. MARSH, Gaston County
Jail-Medical; MECKLENBURG COUNTY SHERIFF'S
DETENTION OFFICE,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-04-497)

———————————

Submitted: August 18, 2005          Decided: August 24, 2005

———————————

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sidney N. Hoffman, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sidney N. Hoffman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hoffman v. Weir</u>, No. CA-04-497 (W.D.N.C. Filed Feb. 2, 2005 & entered Feb. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>